AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| United States of America<br>v.<br>IAN ROTUNNO<br><br>*Defendant* | )<br>)<br>)  Case No.  10-MJ- 4158<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of   10/19/2010   in the county of   Monroe   in the   Western   District of   New York  , the defendant violated   18   U. S. C. §   115(a)(2) *  , an offense described as follows:

*879.

the defendant knowingly threatened to kill, kidnap or inflict bodily harm upon a former President of the United States, in violation of Title 18, United States Code, Sections 115(a)(2) and 879.

This criminal complaint is based on these facts:

☐ Continued on the attached sheet.

_____
Complainant's signature

JOEL D. BLACKERBY, USSS
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   10/22/10

_____
Judge's signature

City and state:        Rochester, New York               Hon. Marian W. Payson, Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

        -V-                              AFFIDAVIT

IAN ROTUNNO                        10-mj-4158

                Defendant
_____

State of New York)
County of Monroe)   ss:
City of Rochester)

I, Joel D. Blackerby, being duly sworn, state as follows:

      1.    I am a Special Agent of the United States Secret Service, and have been so employed since January 1996. I am assigned to the Rochester Resident Agency, where my duties include the supervision and investigation of threats against protected individuals, to include but not limited to, the President of The United States, former Presidents and facilities under the direct protection of the United States Secret Service.

    2.    As part of my current duties, I am conducting an investigation of suspected violations of Title 18, United States Code, Sections 115(a)(2) and 879 by **Ian Rotunno** (hereinafter referred to as "**ROTUNNO**").

3. This affidavit is submitted in support of a criminal complaint charging that **ROTUNNO** knowingly threatened to kill, kidnap or inflict bodily harm upon a former President of the United States in violation of 18 U.S.C §§ 115(a)(2) and 879.

4. The information contained in this affidavit is based upon information I have gathered from my investigation, my personal observations, my training and experience and/or information relayed to me by other law enforcement officers and or/agents. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included every fact known to me concerning this investigation. I have set forth only facts that I believe are necessary to establish probable cause to believe that Title 18, United States Code, Sections, 115(a)(2) and 879 have been violated.

5. On 10/07/10, **RUTUNNO** arrived at his job at CNC Machining, Inc., Gates, NY, and asked a secretary whether she knew if Former Vice President Dick Cheney was still alive. Upon leaving his employment at approximately 9:30 AM, the subject stated to coworker Dave Schantz: "I'm going to go home; I'm grabbing my shotgun and I'm heading to Washington, DC."

6. Continuing on this date, representatives of the United States Secret Service and the Greece, New York Police Department responded to the subject's apartment at 179B Greenleaf Meadows, Rochester, NY. A neighbor advised that she saw the subject load his vehicle, a red 2006 Ford Mustang, NY plate #DBE1809, at approximately 12:45 pm with a golf bag and another unidentifiable item and departed.

7. Continuing on this date, SA Blackerby contacted **ROTUNNO** by placing a telephone call to **ROTUNNO's** cellular telephone. **ROTUNNO** answered and became immediately belligerent. **ROTUNNO** used profane language and informed SA Blackerby: "I'm nowhere near my home . . . I won't stop until I reach my grandmother's house then continue on to Washington and if anyone wants to stop me they will have to kill me." **ROTUNNO** soon after this telephone conversation turned himself into the Owego Police Department, Owego, NY.

8. Continuing on this date, SA Peter Jackson, USSS/SYRACUSE, conducted an interview with **ROTUNNO** at Owego PD. The subject advised that he was en-route to Washington, D.C. to discharge his shotgun into the reflecting pool in order to draw the attention of authorities and be arrested or killed by federal law enforcement or a local police department. A search of the subject's facebook.com page revealed that the subject

wished to "spar" with Secret Service Special Agents. An inventory search of the vehicle driven by **ROTUNNO** by the Owego, PD revealed a loaded shotgun as well as a flare gun, hunting knifes, handcuffs, a baseball bat, several handcuff keys hidden on his person and what the Owego PD described as a "self wound care kit." Additionally, **ROTUNNO** stated to Special Agents Jackson and Brown that if he were in the same room as Former President George W. Bush he would "kill him with his bare hands."

9. On 10/19/10, **ROTUNNO** stated to Special Agent Blackerby during an interview at St. James Hospital, Hornell, NY, in the Western District of New York, that he feels strongly that his plans and views are correct and that those ideas and plans are that the U.S. Government is corrupt and its his job to do "whatever is necessary to stop it, call attention to his views and will be more than happy to go down with it as well as take down anyone in his way." **ROTUNNO** advised further that: "I know where to find President Bush at his ranch in Texas, and I'm not going to stop."

10. Prior to speaking with **ROTUNNO**, your affiant was fully briefed by Special Agents Jackson and Brown as to all the statements made by **ROTUNNO** in Paragraph 8, above. Your affiant specifically asked **ROTUNNO** to confirm what he said

about killing former President George W. Bush to the agents in the Owego Police Department. **ROTUNNO** readily confirmed that he said that, and confirmed his intent to do so.

11. Continuing on this date SA Blackerby interviewed Dr. Anthony Yacona, a psychiatric physician at St. James Hospital, Hornell, NY. Dr. Yacona stated that in his opinion **ROTUNNO** would, if released, take whatever measures necessary to get his point across to include attempts on Secret Service protected persons or other federal government employees and or facilities. Dr. Yacona stated that in his opinion, if left to his own accord **ROTUNNO** would fall into the category of "the next Oklahoma City bomber, and was an immediate danger to Federal Government employees."

12. During the course of the investigation, **ROTUNNO** made direct threatening statements of death toward Former President George W. Bush in violation of 18 U.S.C. §§ 115(a)(2) and 879.

_____
Joel D. Blackerby
SPECIAL AGENT
UNITED STATES SECRET SERVICE

Sworn to before me this
22nd day of October 2010

_____
HON. MARIAN W. PAYSON
U.S. MAGISTRATE JUDGE